# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

KENNY LEE COFFEY
ADC #086434                                                    PLAINTIFF

v.                        No. 2:19-cv-90-DPM-BD

WENDY KELLEY, Director, Arkansas
Department of Correction, *et al.*                            DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Deere's unopposed partial recommendation, № 12. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Coffey may proceed with his deliberate indifference claims against Kelley, Andrews, Dycus, Knott, and Kierstien. All other claims and Defendants are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

8 October 2019