# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**KENNY LEE COFFEY**
**ADC #086434**                                                    **PLAINTIFF**

v.                              **No. 2:19-cv-90-DPM-BD**

**WENDY KELLEY, Director, Arkansas**
**Department of Correction,** *et al.*                    **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Deere's unopposed partial recommendation, *Doc. 52*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Coffey's motion for preliminary injunctive relief, *Doc. 28*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
27 March 2020