IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

KENNY LEE COFFEY
ADC #086434                                                                                   PLAINTIFF

v.                               No. 2:19-cv-90-DPM-BD

WENDY KELLEY, Director, Arkansas
Department of Correction, *et al.*                                                   DEFENDANTS

## ORDER

The Court has received Coffey's renewed requests for preliminary injunctive relief, *Doc. 56, 59 & 60*. But if Coffey hasn't exhausted his administrative remedies, as the most recent recommendation suggests, *Doc. 54*, then he can't show a substantial likelihood of success on the merits. *Dataphase Systems, Inc. v. C.L. Systems, Inc.*, 640 F.2d 109, 114 (8th Cir. 1981). The Court will therefore withhold ruling on the new motions until Coffey files his objections to the recommendation.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

29 April 2020