IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

KENNY LEE COFFEY
ADC #086434                                                                    PLAINTIFF

v.                              No. 2:19-cv-90-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction, *et al.*                                          DEFENDANTS

ORDER

Despite receiving an extension, Coffey hasn't filed any objections to the pending recommendation. *Doc. 57 & 58*. The Court adopts Magistrate Judge Deere's careful recommendation, *Doc. 54*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motions for summary judgment, *Doc. 43 & 46*, granted. Coffey's deliberate indifference claims against the ADC Defendants will be dismissed without prejudice for failure to exhaust. His motions for preliminary injunctive relief, *Doc. 56, 59 & 60*, are denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2020