IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

KENNY LEE COFFEY
ADC #086434                                                          PLAINTIFF

v.                         No. 2:19-cv-90-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction, *et al.*                                   DEFENDANTS

## JUDGMENT

Coffey's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2020